An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA25-390

Filed 17 September 2025

Iredell County, No. 23CRS279800-480

STATE OF NORTH CAROLINA

v.

TREVOR TEAL

Appeal by defendant from judgment entered 23 August 2024 by Judge Joseph N. Crosswhite in Iredell County Superior Court. Heard in the Court of Appeals 14 August 2025.

> *Attorney General Jeff Jackson, by Special Deputy Attorney General Rochelle Sparko, for the State.*
>
> *Vernatta Alston for defendant-appellant.*

PER CURIAM.

Defendant Trevor James Teal appeals the trial court's judgment entered consistent with a jury's verdict convicting him of felony possession of a controlled substance, methamphetamine.

On appeal, Defendant's only contention is that he received ineffective assistance of counsel when his trial counsel failed to move the trial court to suppress

evidence found in his car through a warrantless seizure. The record before us is not sufficient to conduct the analysis required to determine whether Defendant's counsel was ineffective in applying the test established in *Strickland v. Washington* 466 U.S. 668 (1984). Accordingly, as Defendant makes no other argument on appeal, we conclude Defendant received a fair trial, free of reversible error. Our conclusion, however, is without prejudice to Defendant's right to seek relief pursuant to a Motion for Appropriate Relief in the trial court.

NO ERROR.

Panel consisting of Chief Judge DILLON and Judges ARROWOOD and GRIFFIN.

Report per Rule 30(e).